```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 12765
   ROSY A SCALZITTI
   ANTHONY SCALZITTI                      CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-5014    SSN XXX-XX-2037
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/06/06 and confirmed on 01/10/07.

   2.  The case was dismissed after confirmation, 11/30/2007.

   3.  The Debtor paid a total of $   7400.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 4516.22 | .00 | 4516.22 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 330.28 | .00 | .00 |
| CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1572.07 | .00 | .00 |
| CORWIN MEDICAL CARE | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 371.05 | .00 | .00 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| DENTAL COLLECTION FIRM | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2125.07 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 607.87 | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 525.78 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 575.51 | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| LOU HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN FINANCIAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | 2797.31 | .00 | .00 |
| **CREDITOR NAME** | **CLASS** | **CLAIM AMOUNT** | **INTEREST PAID** | **PRINCIPAL PAID** |
| MIDLAND CREDIT MGMT | UNSECURED | 193.39 | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| VATIV RECOVERY SOLUTIONS | UNSECURED | 322.03 | .00 | .00 |
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |

```
PLAINFIELD SOUTH HIGH SC UNSECURED      NOT FILED              .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED       2212.28               .00           .00
SEARS BKRUPTCY RCVRY MGM UNSECURED      NOT FILED              .00           .00
RETAILERS NATL BANK      UNSECURED      NOT FILED              .00           .00
NATIONAL CAPITAL MGMT LL UNSECURED       8164.08               .00           .00
NATIONAL CAPITAL MGMT LL UNSECURED      13593.31               .00           .00
ASSET ACCEPTANCE CORP    UNSECURED       1045.78               .00           .00
CAPITAL ONE BANK         UNSECURED        503.21               .00           .00
ECAST SETTLEMENT CORPORA UNSECURED        456.88               .00           .00
RECOVERY MANAGEMENT SYST UNSECURED        114.46               .00           .00
     Summary of disbursements:
---------------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 4516.22         .00     35510.36        .00     40026.58
PRINCIPAL PAID     4516.22         .00          .00        .00      4516.22
INTEREST PAID          .00         .00          .00        .00           .00
TOTAL PAID         4516.22         .00          .00        .00      4516.22
```

The Debtor's attorney, PATRICK A MESZAROS          , was allowed $   3000.00
and was paid $    420.00  direct and $   2580.00  through the plan.

The Trustee received $    303.78 .

Refunds to the Debtor totaled $          .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


     Dated: 02/08/08                /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE